**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DOUGLAS E. MUNDY,** | ) | **CASE NO. 5:08CV185** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE SARA LIOI** |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On January 22, 2008, Plaintiff Douglas E. Mundy ("Plaintiff") filed a Complaint against Defendant Commissioner of Social Security ("Commissioner"). (Doc. No. 1.) On June 23, 2008, the case was referred to Magistrate Judge William H. Baughman, Jr. pursuant to Local Rule 72.2. (Reference of 2/5/2008.) On September 9, 2008, Plaintiff and Commissioner filed a Joint Proposed Stipulation for Remand (Doc. No. 15.), and the Magistrate Judge recommended that it be granted. (Doc. No. 16.)

This Court agrees with the Magistrate Judge's Report and Recommendation; accordingly, the Report and Recommendation is hereby **ADOPTED** and the case is **REMANDED** to the Commissioner for further administrative proceedings and a new decision. On remand, the Administrative Law Judge is to reconsider and reevaluate the entire record, and specifically consider Plaintiff's mental residual functional capacity and, if necessary, obtain evidence from a vocational expert regarding the occupational base.

**IT IS SO ORDERED**.

Dated: October 23, 2008

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**